UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,

        Defendants.

Case No. 12-civ-8334

Hon. Thomas P. Griesa

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance in this matter on behalf of Defendant Legends Hospitality, LLC as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant may have in this action.

Dated: New York, New York
       November 28, 2012

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Kelly L. Brown

Kelly L. Brown
AKIN GUMP STRAUSS HAUER & FELD
One Bryant Park
New York, New York 10036
(212) 872-1000 (tel)
(212) 872-1002 (fax)
kbrown@akingump.com

*Attorneys for Defendant Legends Hospitality, LLC*