UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, and upon the accompanying declaration of Kelly L. Brown in support of this motion, Kelly L. Brown, a member of good standing of the bar of this Court, respectfully moves for an order allowing the admission *pro hac vice* of:

    Lawrence D. Levien
    Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, N.W.
    Washington, DC 20036-1564
    Telephone: (202) 887-4000
    Facsimile: (202) 887-4288
    llevien@akingump.com

Lawrence D. Levien is a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against him in any State or Federal court.

WHEREFORE, movant respectfully requests that the Court enter an order in the accompanying form granting Lawrence D. Levien admission *pro hac vice* to argue or try this case in whole or in part as counsel.

Dated: November 28, 2012
      New York, New York

                                  Respectfully submitted,

                                  _____
                                  Kelly L. Brown
                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                  One Bryant Park
                                  New York, NY 10036
                                  (212) 872-8120 (telephone)
                                  (212) 872-1002 (fax)
                                  kbrown@akingump.com

                                  *Attorneys for Legends Hospitality, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa |

### DECLARATION OF KELLY L. BROWN IN SUPPORT OF MOTION TO ADMIT LAWRENCE D. LEVIEN *PRO HAC VICE*

I, Kelly L. Brown, declare and state as follows:

1. I am an Associate at Akin Gump Strauss Hauer & Feld LLP, attorneys for defendants Legends Hospitality, LLC and Legends Hospitality Management LLC. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Lawrence D. Levien to practice *pro hac vice* in the above-captioned matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Lawrence D. Levien is a partner at Akin Gump Strauss Hauer & Feld LLP in Washington, D.C. I have known Mr. Levien since I began as an Associate with Akin Gump Strauss Hauer & Feld LLP in 2007.

4.     Mr. Levien is a member in good standing of the bar of the District of Columbia. Mr. Levien's Certificate of Good Standing from the bar of the District of Columbia is attached hereto as Exhibit A.

5.     Mr. Levien has never been suspended or disbarred from practicing before any court, and there are no pending disciplinary proceedings against him in any state or federal court. I am of the opinion that Mr. Levien is of the highest moral character.

6.     Mr. Levien is familiar with and shall comply with the standards of professional conduct imposed upon members of the New York bar.

7.     Mr. Levien has unique knowledge of the facts pertinent to this action such that his appearance and participation is necessary.

8.     Accordingly, I am pleased to move for the admission of Lawrence D. Levien *pro hac vice*, and respectfully submit a proposed order, attached hereto as Exhibit B, granting the admission of Lawrence D. Levien *pro hac vice*.

9.     I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November, 2012 in New York, New York.

_____
Kelly L. Brown

# EXHIBIT A

Case 1:12-cv-08334-TPG   Document 6   Filed 11/29/12   Page 5 of 9

EXHIBIT A



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____LAWRENCE LEVIEN_____

was on the __28^{TH}__ day of _____MAY, 1974_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 26, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT B

Case 1:12-cv-08334-TPG   Document 6   Filed 11/29/12   Page 7 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa<br><br>**[PROPOSED] ORDER** |

This matter having been presented to the Court upon the motion of Kelly L. Brown, counsel for defendant Legends Hospitality, LLC in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Kelly L. Brown, and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED that

> Lawrence D. Levien
> Akin Gump Strauss Hauer & Feld LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, DC 20036-1564
> Telephone:  (202) 887-4000
> Facsimile:  (202) 887-4288
> llevien@akingump.com

is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate to defendants Legends Hospitality, LLC and Legends Hospitality Management LLC  in accordance with Local Rule 1.3(c).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic

Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

_____
United States District Court Judge