UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>        Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Legends Hospitality, LLC ("Defendant") states as follows:

Legends Hospitality, LLC is wholly owned by parent Legends Hospitality Holding Company, LLC. Legends Hospitality Holding Company, LLC is owned by YGE Legends Holdings, LLC, Checketts Partners Investment Fund, L.P., and Jones Concessions, L.P.

No publicly held corporation owns 10% or more of Defendant's stock.

Dated: November 29, 2012
New York, New York

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Kelly L. Brown
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-8120 (Telephone)
(212) 872-1002 (Facsimile)
Email: kbrown@akingump.com