Griesa, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 10, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

LEGENDS HOSPITALITY, LLC and NEW YORK YANKEES PARTNERSHIP,

                Defendants.

**ECF CASE**

12 Civ. 8334 (TPG)

**STIPULATION AND ORDER**

---

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiffs and Defendants Legends Hospitality, LLC ("Legends") and New York Yankees Partnership ("NYYP"), through their undersigned attorneys that:

      1. The undersigned attorneys for Defendants Legends and NYYP shall accept service of the Complaint on behalf of their respective clients;

      2. The date on which Defendants Legends and NYYP must appear, answer, move or otherwise respond to Plaintiffs' Complaint shall be set for January 11, 2013; and

      3. This Stipulation may be executed in counterparts, and PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

4847-5812-5073.1

| For Plaintiffs: | For Defendant Legends Hospitality LLC: |
|---|---|
| **FITAPELLI & SCHAFFER, LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By: /s/ Brian Schaffer | By: /s/ Anastasia M. Kerdock |
| 475 Park Avenue South, 12th Floor<br>New York, New York 10016<br>(212) 300-0375 | One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 |
| Dated: 11-27-12 | Dated: 11/21/12 |

For Defendant New York Yankees Partnership:

**KAUFF MCGUIRE & MARGOLIS LLP**

By: /s/ Harlan J. Silverstein

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010

Dated: 11/27/12

SO ORDERED:

/s/ Thomas P. Griesa, U.S.D.J.

12/10/12