

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>Defendants. | Case No. 12-civ-8334<br>Hon. Thomas P. Griesa<br><br>[PROPOSED] ORDER |

This matter having been presented to the Court upon the motion of Kelly L. Brown, counsel for defendant Legends Hospitality, LLC in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Kelly L. Brown, and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED that

Lawrence D. Levien
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
llevien@akingump.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 10, 2012
```

is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate to defendants Legends Hospitality, LLC and Legends Hospitality Management LLC in accordance with Local Rule 1.3(c).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 12/10/12

Thomas P. Griesa
United States District Court Judge