```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 11, 2013
```



# Akin Gump
## Strauss Hauer & Feld LLP

KELLY L. BROWN
212-872-8120/fax: 212-872-1002
kbrown@akingump.com

**MEMO ENDORSED**

January 8, 2013

VIA HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Pollock, et al. v. Legends Hospitality, LLC, et al.*, 12 CIV 8334 (TPG)

Dear Judge Griesa:

We represent Defendant Legends Hospitality, LLC ("Legends") in the above-referenced matter. We write on behalf of all parties to respectfully request an extension of time for Legends and the New York Yankees Partnership ("NYPP") to file a responsive pleading to Plaintiffs' Complaint.

The current date by which Defendants must appear, answer, move or otherwise respond to the Complaint is January 11, 2013. On January 7, Your Honor's chambers contacted us to schedule a January 18, 2012 conference regarding the requests made by Legends in its December 21, 2013 letter. Given that the conference may impact the nature of each Defendant's responsive pleadings, Defendants respectfully request an extension of time to appear, answer, move or otherwise respond to the Complaint to January 25, 2013. The parties have made no previous requests for adjournment or extension, and all parties consent to this extension.

Thank you for your attention to this matter.



*Approved*
Thomas P. Griesa
USDJ  1/11/13

Respectfully submitted,

Kelly L. Brown

cc:   Brian Schaffer
      Harlan Silverstein

One Bryant Park | New York, NY 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com