USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 16, 2013



**Akin Gump**
Strauss Hauer & Feld LLP

KELLY L. BROWN
212-872-8120/fax 212-872-1002
kbrown@akingump.com



MEMO ENDORSED

January 11, 2013

VIA HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Pollock, et al. v. Legends Hospitality, LLC, et al.*, 12 CIV 8334 (TPG)

Dear Judge Griesa:

    We represent Defendant Legends Hospitality, LLC ("Legends") in the above-referenced matter. We write to respectfully request an extension of time for Legends and the New York Yankees Partnership ("NYPP") to file a responsive pleading to Plaintiffs' Complaint.

    The original date by which Defendants had to appear, answer, move or otherwise respond to the Complaint was today, January 11, 2013. On January 8, 2013, we had written the Court requesting a first extension to January 25, 2013, in light of a conference originally scheduled for January 18, 2013 that may impact the nature of each Defendant's responsive pleadings. The Court had not yet ruled on that request.

    The conference to address Defendant's responsive pleadings has now been moved to January 23, 2013 at 4:30 p.m. Accordingly, Defendants respectfully request another extension of time to appear, answer, move or otherwise respond to the Complaint, to February 1, 2013. All parties consent to this extension.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            Kelly L. Brown

cc:   Brian Schaffer
      Harlan Silverstein

*Approved*
Thomas P. Griesa USDJ
1/16/13