UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    -against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>                Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa<br><br>NOTICE OF MOTION TO DISMISS |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Legend Hospitality, LLC's Motion to Dismiss Plaintiffs' Class Action Complaint, the Declaration of Daniel Smith, the Declaration of Donald Croce, and the Declaration Lonn Trost, and all prior pleadings and proceedings herein, the undersigned attorneys for Legends Hospitality, LLC ("Legends") will move this Court at such time as the Court designates, before the Honorable Thomas P. Griesa, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an ORDER pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Legends' Motion to Dismiss Class Action Complaint ('Complaint") filed by Plaintiffs Annette Pollock, Victor Viera, Jr., and Misael Fernandez, on behalf of themselves and all others similarly situated, because the Complaint fails to state a claim upon which relief can be granted.

| | |
|---|---|
| DATED: February 1, 2013 |           /s/           |

                                        Richard J. Rabin
                                        Kelly L. Brown
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
rrabin@akingump.com
kbrown@akingump.com

Lawrence D. Levien
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
llevien@akingump.com

ATTORNEYS FOR DEFENDANT
LEGENDS HOSPITALITY, LLC