UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

LEGENDS HOSPITALITY, LLC and NEW YORK YANKEES PARTNERSHIP,

    Defendants.

---

ECF Case

12 Civ. 8334 (TPG) (DCF)

**DECLARATION OF LONN A. TROST**

  I, Lonn A. Trost, hereby declare as follows:

  1. I am currently employed as Chief Operating Officer of the New York Yankees Partnership (the "Yankees"). I make this Declaration in support of Defendant Legends Hospitality, LLC's motion to dismiss the Complaint in the above-captioned action for, *inter alia*, lack of subject matter jurisdiction. I have personal knowledge of the facts set forth in this Declaration.

  2. The Yankees is an Ohio limited partnership whose primary business is to maintain, operate and control the New York Yankees baseball club.

  3. The Yankees' sole limited partner is YGE Holdings, LLC ("YGE Holdings"), a Delaware limited liability company.

  4. YGE Holdings is 100% owned by its sole member, Yankee Global Enterprises LLC ("YGE"), a Delaware limited liability company.

  5. YGE's members include, among others, Randy Levine, Howard Rubinstein and Richard Rubenstein. As made clear in their accompanying Declarations,

attached collectively as Exhibit A, each of them maintains his principal place of residence in New York.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31 day of January, 2013, at Bronx, New York.

_____
Lonn A. Trost

# Trost Declaration
# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>LEGENDS HOSPITALITY, LLC and NEW YORK YANKEES PARTNERSHIP,<br><br>Defendants. | ECF Case<br><br>12 Civ. 8334 (TPG) (DCF)<br><br>**DECLARATION OF RANDY LEVINE** |

I, Randy Levine, hereby declare as follows:

1. I am a member of Yankee Global Enterprises LLC. I make this Declaration in support of Defendant Legends Hospitality, LLC's motion to dismiss the Complaint in the above-captioned action for, *inter alia*, lack of subject matter jurisdiction.

2. My principal residence is within the State of New York.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of January, 2013, at New York, New York.

_____
Randy Levine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>LEGENDS HOSPITALITY, LLC and NEW YORK YANKEES PARTNERSHIP,<br><br>　　　　　　　　　Defendants. | ECF Case<br><br>12 Civ. 8334 (TPG) (DCF)<br><br>**DECLARATION OF HOWARD RUBENSTEIN** |

I, Howard Rubenstein, hereby declare as follows:

1. I am a member of Yankee Global Enterprises LLC. I make this Declaration in support of Defendant Legends Hospitality, LLC's motion to dismiss the Complaint in the above-captioned action for, *inter alia*, lack of subject matter jurisdiction.

2. My principal residence is within the State of New York.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31 day of January, 2013, at New York, NY

_____
Howard Rubenstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  -against-<br><br>LEGENDS HOSPITALITY, LLC and NEW YORK YANKEES PARTNERSHIP,<br><br>                  Defendants. | ECF Case<br><br>12 Civ. 8334 (TPG) (DCF)<br><br>**DECLARATION OF RICHARD RUBENSTEIN** |

I, Richard Rubenstein, hereby declare as follows:

5. I am a member of Yankee Global Enterprises LLC. I make this Declaration in support of Defendant Legends Hospitality, LLC's motion to dismiss the Complaint in the above-captioned action for, *inter alia*, lack of subject matter jurisdiction.

6. My principal residence is within the State of New York.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31ST day of January, 2013, at NEW YORK, NY

_____
Richard Rubenstein