2013-02-14 15:35                    2124073002 >>        2128057908     P 2/3

# MEMO ENDORSED

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _2/14/13_

# Akin Gump
## Strauss Hauer & Feld LLP

KELLY L. BROWN
212-872-8120/fax: 212-872-1002
kbrown@akingump.com

February 14, 2013

<u>VIA FACSIMILE</u>

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Pollock, et al. v. Legends Hospitality, LLC, et al.*, 12 CIV 8334  (TPG)

Dear Judge Griesa:

   We represent Defendant Legends Hospitality, LLC ("Legends") in the above-referenced matter.  We write on behalf of all parties in this action to respectfully request extensions of time for: (1) Plaintiffs to respond to Legends' Motion to Dismiss the Class Action Complaint (the "Motion to Dismiss") and (2) both Defendants to respond to Plaintiffs' Motion for Preliminary Certification Pursuant to the Fair Labor Standards Act, for Court-Authorized Notice to Similarly Situated Persons, and for Expedited Discovery (the "Notice Motion").

   Plaintiffs' response to Legends' Motion to Dismiss originally was due February 15, 2013.  Plaintiffs respectfully request, and Legends consents to, an extension of time for Plaintiffs to file their opposition to the Motion to Dismiss to April 1, 2013.

   Both Defendants' responses to Plaintiffs' Notice Motion originally were due February 14, 2013.  Defendants respectfully request, and Plaintiffs consent to, an extension of time for both Defendants to file their oppositions to the Notice Motion to April 1, 2013.

   The parties have made two previous joint requests with respect to an extension of the briefing schedule for the Motion to Dismiss due to the scheduling of a pre-motion conference, both of which the Court granted, but have made no previous extension requests with respect to the briefing schedule for the Notice Motion.

   Please note that this letter request for extension does not obviate Legends' February 7, 2013 request for a pre-motion conference before the Court with respect to its intent to file a motion to stay the Notice Motion.

*Approved.  Thomas P. Griesa*
*2/14/13*

103961097 v2  One Bryant Park | New York, NY 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com



The Honorable Thomas P. Griesa
February 14, 2013
Page 2

    Thank you for your attention to this matter.

Respectfully submitted,

Kelly L. Brown

cc:    Brian Schaffer (via e-mail)
        Harlan Silverstein (via e-mail)

103961097 v2