USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 20, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,

Defendants.

Case No. 12-civ-8334

Hon. Thomas P. Griesa

**[PROPOSED] ORDER**

This matter having been presented to the Court upon the motion of Kelly L. Brown, counsel for defendant Legends Hospitality, LLC in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Kelly L. Brown, and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED that

> Robert G. Lian
> Akin Gump Strauss Hauer & Feld LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, DC 20036-1564
> Telephone: (202) 887-4000
> Facsimile: (202) 887-4288
> blian@akingump.com

is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate to defendant Legends Hospitality, LLC in accordance with Local Rule 1.3(c).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 2/20/13

_____
United States District Court Judge