UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE POLLOCK, VICTOR VIERA, JR., and MISAEL FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   -against -<br><br>LEGENDS HOSPITALITY, LLC, and NEW YORK YANKEES PARTNERSHIP,<br><br>                Defendants. | Case No. 12-civ-8334<br><br>Hon. Thomas P. Griesa<br><br>NOTICE OF MOTION TO STAY |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Legends Hospitality, LLC's Motion to Stay Plaintiffs' Motion for Preliminary Certification ("Motion to Stay"), and the Declaration of Kelly L. Brown, and all prior pleadings and proceedings herein, the undersigned attorneys for Legends Hospitality, LLC ("Legends") will move this Court at such time as the Court designates, before the Honorable Thomas P. Griesa, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an ORDER granting Legends' Motion to Stay, because resolution of Legends' pending Motion to Dismiss Plaintiffs' Class Action Complaint ("Motion to Dismiss") may moot Plaintiffs' Motion for Preliminary Certification ("Notice Motion"), and therefore consideration of Plaintiffs' Notice Motion prior to resolution of Legends' Motion to Dismiss will waste the parties' and the Court's time and resources.

DATED: March 1, 2013                         /s/ *Richard J. Rabin*
                                            Richard J. Rabin
                                            Kelly L. Brown
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            One Bryant Park
                                            New York, NY  10036
                                            Telephone: (212) 872-1000
                                            Facsimile: (212) 872-1002
                                            rrabin@akingump.com
                                            kbrown@akingump.com

                                            Robert G. Lian (*pro hac vice*)
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            1333 New Hampshire Avenue
                                            Washington, DC 20036
                                            Telephone: (202) 887-4000
                                            Facsimile: (202) 887-4288
                                            blian@akingump.com

                                            ATTORNEYS FOR DEFENDANT
                                            LEGENDS HOSPITALITY, LLC