UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANNETE POLLOCK, *et al.*,

            Plaintiffs,

v.

LEGENDS HOSPITALITY, LLC, *et al.*,

           Defendants.

12 Civ. 8334

OPINION

Defendant Legends Hospitality requests an extension of time for both defendants to respond to Pollock's motion to preliminarily certify this as a collective action. Defendants have moved to stay the motion to certify and, accordingly, request that their time to respond to that motion be extended until 30 days after the court's decision on the motion to stay.

The request is granted. If the court grants plaintiff's motion to certify, and decides that the statute of limitations should be tolled for any eventual class members' claims, it will be tolled as of the date of defendants' February 1, 2013 motion to dismiss. Thus, the delay caused by defendants' present request will not cause any of potential class plaintiffs' claims to be extinguished.

So ordered.

Dated:   New York, New York
         March 26, 2013

Thomas P. Griesa
United States District Judge